THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM COLEMAN, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ORGIE HEATH, Appellant.

(Argued March 12, 1934; decided April 17, 1934.)

*George N. Starke* for William Coleman, appellant.
*Harry Quailer* for Orgie Heath, appellant.
*William Copeland Dodge, District Attorney* (*John C. McDermott* of counsel), for respondent.

In each case judgment affirmed; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.